Abraham J. Colman (SBN 146933)
Email: acolman@reedsmith.com
Raffi Kassabian (SBN 260358)
Email: rkassabian@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000

Le T. Duong (SBN 297662)
Email: lduong@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659

*Attorneys for Defendant
Nationstar Mortgage LLC
dba Mr. Cooper*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE WALLACE,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, Individually and dba MR. COOPER, and Does 1-100, Inclusive<br>Defendants. | Case No.: 2:18-cv-02768-JAM-DB<br><br>*[Removed from Sacramento Superior Court, Case No. 34-2018-00239680]*<br><br>**ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>Honorable John A. Mendez |

# ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

The Court, having reviewed the Motion for Extension of Time to Respond filed by the Defendant Nationstar Mortgage LLC dba Mr. Cooper, finds that the Motion should be GRANTED.

IT IS THEREFORE ORDERED that Defendant Nationstar Mortgage LLC, d/b/a Mr. Cooper has until November 9, 2018, to respond to the Complaint filed by Plaintiff Denise Wallace.

**IT IS SO ORDERED.**

DATED: 10·22, 2018

Honorable John A. Mendez
United States District Court Judge