Abraham J. Colman (SBN 146933)
Email: acolman@reedsmith.com
Raffi Kassabian (SBN 260358)
Email: rkassabian@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000

Le T. Duong (SBN 297662)
Email:   lduong@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
*Attorneys for Defendant*
*Nationstar Mortgage LLC*
*dba Mr. Cooper*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE WALLACE,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, Individually and dba MR. COOPER, and Does 1-100, Inclusive<br>Defendants. | Case No.: 2:18-cv-02768-JAM-DB<br><br>[*Removed from Sacramento Superior Court, Case No. 34-2018-00239680*]<br><br>**ORDER APPROVING JOINT STIPULATION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT** |

The Court, having reviewed the Joint Stipulation for Extension of Time to Respond to Amended Complaint, finds that the Stipulation should be APPROVED.

IT IS THEREFORE ORDERED that the Joint Stipulation for Extension of Time to Respond to Amended Complaint is approved and Nationstar shall have up through and including December 17, 2018 to respond to the Amended Complaint.

**IT IS SO ORDERED.**

DATED: November 26, 2018    /s/ John A. Mendez
                            Honorable John A. Mendez
                            United States District Court Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware