Abraham Colman (SBN 146933)
Email: acolman@reedsmith.com
Raffi Kassabian (SBN 260358)
Email: rkassabian@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Le T. Duong (SBN 297662)
Email: lduong@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

*Attorneys For Defendant*
*Nationstar Mortgage LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE WALLACE,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, Individually and dba Mr. Cooper and DOES 1-100, INCLUSIVE,<br><br>Defendants. | Case No.: 2:18−cv−02768-JAM-DB<br>[*Removed from Sacramento Superior Court, case No. 34-2018-00239680*]<br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT**<br><br>Compl. Filed: August 28, 2018<br>FAC Filed: November 8, 2018<br><br>Honorable John A. Mendez |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 1 –

[PROPOSED] ORDER GRANTING EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT

The Court, having reviewed the Joint Stipulation for Extension of Time to Respond to Amended Complaint, finds that the Stipulation should be APPROVED.

IT IS THEREFORE ORDERED that the Stipulated Motion for Extension of Time to Respond to Amended Complaint is approved and Nationstar shall have up through and including January 4, 2019 to respond to the Amended Complaint.

IT IS SO ORDERED.

DATED: 12/17/2018

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE