Abraham J. Colman (SBN 146933)
Email: acolman@reedsmith.com
Raffi Kassabian (SBN 260358)
Email: rkassabian@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone: +1 213 457 8000

Le T. Duong (SBN 297662)
Email: lduong@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659

*Attorneys For Defendants Nationstar Mortgage Llc Dba Mr. Cooper f/k/a Centex Home Equity LLC and Bank of New York Mellon f/k/a The Bank of New York as Successor in Interest to JP Morgan Chase Bank, N.A. as Trustee for Centex Loan Trust 2005-A*

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE WALLACE,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE LLC, Individually and dba MR. COOPER, CENTEX HOME EQUITY, LLC, THE BANK OF NEW YORK MELLON, THE MORTGAGE LAW FIRM, and<br>Does 1-100, Inclusive,<br><br>Defendants. | Case No.:2:18-CV-02768-JAM -DB<br><br>**ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER TO AMENDED COMPLAINT** |

**ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER TO AMENDED COMPLAINT**

The Court, having reviewed the Joint Stipulation for Extension of Time to File Answer to Amended Complaint filed by Defendants Nationstar Mortgage LLC d/b/a Mr. Cooper f/k/a Centex Home Equity Company LLC (erroneously sued as Nationstar Mortgage LLC Individually and DBA Mr. Cooper and Centex Home Equity LLC) and The Bank of New York Mellon f/k/a The Bank of New York as successor in interest to JP Mortgage Chase Bank, N. A. as Trustee for Centex Loan Trust 2005-A (erroneously sued as Bank of New York Mellon)("Defendants"), and Plaintiff, the Court finds that the Joint Stipulation should be GRANTED.

IT IS THEREFORE ORDERED that the Joint Stipulation for Extension of Time to File Answer to Amended Complaint is granted. Defendants have up through and including April 15, 2019 to file their Answer to the Amended Complaint.

**IT IS SO ORDERED.**

DATED: April 10, 2019

/s/ John A. Mendez_____________
United States District Court Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware