**AKERMAN LLP**
JUSTIN D. BALSER (SBN 213478)
Email: justin.balser@akerman.com
NATALIE L. WINSLOW (SBN 281704)
Email: natalie.winslow@akerman.com
601 West Fifth Street, Suite 300
Los Angeles, CA 90071
Telephone: (213) 688-9500
Facsimile:  (213) 627-6342

Attorneys for Defendant/Counterclaimants
NATIONSTAR MORTGAGE LLC dba MR. COOPER f/k/a Centex Home Equity Co. LLC and BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as successor in interest to JPMorgan Chase Bank, N.A., as Trustee for Centex Home Equity Loan Trust 2005-A

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE WALLACE,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC, Individually and dba MR. COOPER, CENTREX HOME EQUITY, LLC., THE BANK OF NEW YORK MELLON, THE MORTGAGE LAW FIRM and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 2:18-cv-02768-JAM-DB<br><br>**ORDER GRANTING REQUEST TO SEAL TWO PROPOSED EXHIBITS TO UPCOMING DECLARATION OF NATIONSTAR IN SUPPORT OF DEFENDANTS' CROSS-SUMMARY JUDGMENT MOTION**<br><br>Complaint Filed:  August 28, 2018<br>First Amended Complaint Filed: November 8, 2018<br>Trial Date:  December 14, 2020 |

The court grants defendants Nationstar Mortgage LLC dba Mr. Cooper f/k/a/ Centex Home Equity Co. LLC (**Nationstar**) and Bank of New York Mellon f/k/a/ the Bank of New York as successor in interest to JPMorgan Chase Bank, N.A., as Trustee for the Centex Home Equity Loan Trust 2006-A (**BoNYM**, and together with Nationstar, **defendants**) request to seal proposed exhibits 2 and 3 to the declaration of Nationstar in support of defendants' upcoming cross-summary judgment motion,

1  attached to defendants' request to seal as exhibits 1 and 2.

2  **IT IS ORDERED** that proposed exhibits 2 and 3 to the declaration of Nationstar
3  in support of defendants' upcoming cross-summary judgment motion shall be SEALED
4  pursuant to Local Rule 141.

5  IT IS SO ORDERED.

6  DATED this 24th day of August, 2020.

/s/ John A. Mendez_____
United States District Court Judge