| | |
|---|---|
| 1 | **AKERMAN LLP**<br>JUSTIN D. BALSER (SBN 213478) |
| 2 | Email: justin.balser@akerman.com<br>NATALIE L. WINSLOW (SBN 281704) |
| 3 | Email: natalie.winslow@akerman.com<br>601 West Fifth Street, Suite 300 |
| 4 | Los Angeles, CA 90071<br>Telephone: (213) 688-9500 |
| 5 | Facsimile: (213) 627-6342 |

Attorneys for Defendant/Counterclaimants
NATIONSTAR MORTGAGE LLC dba MR. COOPER f/k/a Centex Home Equity Co. LLC and BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK as successor in interest to JPMorgan Chase Bank, N.A., as Trustee for Centex Home Equity Loan Trust 2005-A

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE WALLACE,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE, LLC, Individually and dba MR. COOPER, CENTREX HOME EQUITY, LLC., THE BANK OF NEW YORK MELLON, THE MORTGAGE LAW FIRM and DOES 1-100, inclusive,<br><br>    Defendants. | Case No. 2:18-cv-02768-JAM-DB<br><br>**JUDGMENT RE: ORDER GRANTING DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND COSTS** |

On April 22, 2021, this court granted defendants Nationstar Mortgage LLC dba Mr. Cooper f/k/a/ Centex Home Equity Co. LLC (**Nationstar**) and Bank of New York Mellon f/k/a/ the Bank of New York as successor in interest to JPMorgan Chase Bank, N.A., as Trustee for the Centex Home Equity Loan Trust 2006-A's (**BoNYM**, and together with Nationstar, **defendants**) motion for attorneys' fees and costs as follows:

The court awarded defendants $51,914.77 in attorneys' fees ($14,002.67 for Reed Smith, LP and $37,912.10 for Akerman LLP) and $1,872.30 in costs. *See* ECF No. 87. The court now enters judgment in defendants' favor and against plaintiff Denise Wallace (**Wallace**) in the amount of $51.914.77 in attorneys' fees ($14,002.67 for Reed Smith,

LP and $37,912.10 for Akerman LLP) and $1,872.30 in costs, **for a total judgment against Wallace in the amount of $53,787.07**.

IT IS SO ORDERED.

DATED: May 21, 2021          /s/ John A. Mendez
                             THE HONORABLE JOHN A. MENDEZ
                             UNITED STATES DISTRICT COURT JUDGE